DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENJAMIN FLINT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1830

[August 31, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Krista Marx, Judge; L.T. Case No. 2013CF007942A.

Benjamin Flint, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***